AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-2 <br><br>*Plaintiff(s)*<br>v.<br>Felipe D. Mercedes et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CA17-328-M-LDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Felipe D. Mercedes
162 Whitter Avenue
Providence, RI 02909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul G. Manning, Jr. - Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 13, 2017

/s/ Hanorah Tver-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 162 Whittier Ave Providence RI on *(date)* 7-19-17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 15 for travel and $ 45.— for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 7-19-17

*Server's signature:* Anthony Curreri

*Printed name and title:* Anthony Curreri Constable 6187

*Server's address:* P.O. Box 806, Saunderstown RI

Additional information regarding attempted service, etc: